ZOHREH KHABUSHANI
757 TRIUNFO CANYON RD
WESTLAKE VILLAG, CA
91361

FOR COURT USE ONLY

**FILED**
AUG 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**FILED**
AUG 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – WOODLAND HILLS DIVISION

Name of Debtor:

ZOHREH KHABUSHANI

KHABUSHANI VS. BRENT

CASE NO.: 1:09-BK-18679-MB
CHAPTER: ☒ 7  ☐ 11  ☐ 12  ☐ 13
ADVERSARY NO.: 19-AP-01097-MB
(If applicable)

**TITLE OF DOCUMENT (specify):**
PROOF OF SERVICES

*(This cover sheet is for use by filers when the case name, number, and other information is not included on the first page of a filing)*

**Please Print**

Name of person filing this document: MIKE KHABUSHANI
Street Address: 757 TRIUNFO CANYON RD. WESTLAKE VILLGE
Telephone number: (805) 870-4161
Email Address: _____

The filer of this document is   ☒ the Debtor  ☐ a creditor
☒ other (specify): HUSBAND

Date: 8/15/2019

Signature of person filing this document

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

July 2015                                                                FILED.DOCUMENT.COVER.SHEET

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

223 South Laskey Drive, Apartment "A"
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
Complaint for Breach of written Stipulation and Settlement Agreement; Declaratory Relief and in the alternative or in conjunction with Specific Performance and Avoidance of Liens to the extend required. Status Conference Procedures, Cover Sheet
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: Hon. Judge Martin A. Barash
21041 Burbank Blvd., Court Room 303, Woodland Hills, CA 91367

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __8/16/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David R Hagen (TR) drh@forbankruptcy.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (date) __8/15/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

NAjILA K. BRENT, A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 500, Torrance, CA 90503

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

__8/15/2019__    HOSSEIN HAGHIGHI    _/s/ signature_
Date                Printed Name              Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                              **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

223 South Laskey Drive, Apartment "A"
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
Complaint for Breach of written Stipulation and Settlement Agreement; Declaratory Relief and in the alternative or in conjunction with Specific Performance and Avoidance of Liens to the extend required. Status Conference Procedures, Cover Sheet

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: Hon. Judge Martin A. Barash
21041 Burbank Blvd., Court Room 303, Woodland Hills, CA 91367

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 8/16/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David R Hagen (TR) drh@forbankruptcy.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 8/15/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

NAJILA K. BRENT, aka NAJILA KORDROSTAM BRENT
3424 Carson Street, Suite 500, Torrance, CA 90503

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

8/15/2019    HOSSEIN HAGHIGHI                    /s/ signature
Date         Printed Name                         Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                              **F 7004-1.SUMMONS.ADV.PROC**